UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| Deja M. Nunn, | File No. 18-cv-01902 (ECT/HB) |
|---|---|
| Petitioner, | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| v. | |
| Warden Barnes, | |
| Respondent. | |

Petitioner Deja M. Nunn ("Nunn") commenced this action pro se by filing a petition for a writ of habeas corpus. Pet. [ECF No. 1]; Pet'r's Resp. to Ct.'s Order [ECF No. 3]. The case is before the Court on a Report and Recommendation ("R&R") [ECF No. 5] issued by Magistrate Judge Hildy Bowbeer. Magistrate Judge Bowbeer recommends dismissing Nunn's petition without prejudice for lack of subject-matter jurisdiction. R&R at 6. Nunn filed objections to the Report and Recommendation. ECF No. 6. In response to Nunn's objections, Respondent filed a very short pleading confirming Respondent's view that the Report and Recommendation "should be adopted in its entirety." ECF No. 7.[1] Nunn then filed a reply on November 26. ECF No. 8. Because Nunn has objected, the Court is required to review the Report and Recommendation de novo pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b)(3). The Court has undertaken that de novo review and has concluded that Magistrate Judge Bowbeer's analysis and conclusions are correct.

---

[1] In its pleading, Respondent refers to Nunn mistakenly as "Penny Coleman."

Therefore, based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED** that:

1. The Objections to the Report and Recommendation are **OVERRULED** [ECF Nos. 6, 8];

2. The Report and Recommendation [ECF No. 5] is **ACCEPTED** in full;

3. The action is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 26, 2018         s/ Eric C. Tostrud
                                 Eric C. Tostrud
                                 United States District Court